IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEREMY HEATH NEEDUM, #1257053 | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 4:08cv113 |
| | | *Consolidated with* 4:08cv233 |
| | | 4:08cv234 |
| | | 4:08cv235 |
| DIRECTOR, TDCJ-CID | § | |

## FINAL JUDGMENT

The Court having considered Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** with prejudice.

**SIGNED this 16th day of August, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE